IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDY DEWAYNE SMITH, #178735, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv720-WHA |
| | ) (WO) |
| KENNETH JONES, et al., | ) |
| Respondents. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #4), entered on September 8, 2008. No objection has been filed to the Recommendation.

After a review of the file, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 1st day of October, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE